SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
AFROZA YEASMIN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Afroza.Yeasmin@usdoj.gov
*Attorneys for the United States*

FILED _____ ENTERED _____ RECEIVED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 14 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH MAYORGA,<br><br>Defendant. | Case No.: 2:25-cr-0040-CDS-DJA<br><br>CRIMINAL INFORMATION<br><br><u>VIOLATION</u>:<br><br>18 U.S.C. § 2252A(a)(2) and (b)(1) –<br>Receipt of Child Pornography<br><br>18 U.S.C. § 2252A(a)(5)(B) and (b)(2) –<br>Possession of Child Pornography |

THE UNITED STATES ATTORNEY FOR THE DISTRICT OF NEVADA CHARGES THAT:

<u>COUNT ONE</u>
Receipt of Child Pornography
(18 U.S.C. §§ 2252A(a)(2) and (b)(1))

Beginning on a date no later than January 4, 2023, and continuing to on or about February 26, 2023, in the State and Federal District of Nevada,

JOSEPH MAYORGA,

defendant herein, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8), and material containing child pornography, that had been

mailed, shipped and transported in and affecting interstate and foreign commerce by any means, included by computer, and that had been shipped and transported using a means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

### COUNT TWO
Possession of Child Pornography
(18 U.S.C. §§2252A(a)(5)(B) and (b)(2))

Beginning on a date no later than January 4, 2023, and continuing to on or about February 26, 2023, in the State and Federal District of Nevada,

JOSEPH MAYORGA,

defendant herein, knowingly possessed a book magazine, periodical, film, videotape, computer disk, and other material, namely an Apple iPhone 13 Pro, Model No. A2483, IMEI No. 1 – 353165800830204, IMEI No. 2 – 350165800046876; and a Black One Plus Cell Phone, Model No. A6013, IMEI No. 1 – 866241043600330, IMEI No. 2 – 866241043600322, that contained an image of child pornography, as defined in Title 18 United States Code, Sections 2256(8), including but not limited to depictions of prepubescent minors and minors who had not attained twelve years of age, and that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by a means that included by computer, and that was produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce by a means that included by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

//

//

2

## FORFEITURE ALLEGATION
Possession of Child Pornography and
Receipt of Child Pornography

1. The allegations contained in Counts One and Two of this Criminal Information are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture under 18 U.S.C. § 2253(a)(1) and 2253(a)(3).

2. Upon conviction of any of the felony offenses charged in Counts One and Two of this Criminal Information,

**JOSEPH MAYORGA,**

defendant herein, shall forfeit to the United States of America, any visual depiction described in 18 U.S.C. § 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of 18 U.S.C. § 2252A(a)(5)(B) and 2252A(a)(2):

defendant herein, shall forfeit to the United States of America, any property, real or personal, used or intended to be used to commit or to promote the commission of 18 U.S.C. § 2252A(a)(5)(B) and 2252A(a)(2) or any property traceable to such property:

//

//

//

//

//

//

//

//

//

3

1. Apple iPhone 13 Pro, Model No. A2483, IMEI No. 1 – 353165800830204, IMEI No. 2 – 350165800046876; and

2. Black One Plus Cell Phone, Model No. A6013, IMEI No. 1 – 866241043600330, IMEI No. 2 – 866241043600322.

All under 18 U.S.C. §§ 2252A(a)(2), 2252A(a)(5)(B), 2253(a)(1), and 2253(a)(3).

**DATED:** this 27 day of February 2025.

SUE FAHAMI
United States Attorney

AFROZA YEASMIN
Assistant United States Attorney

4