# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:25-cr-00040-CDS-DJA |
| Plaintiff | Order Granting the Government's Request for Mandatory Restitution |
| v. | |
| Joseph Mayorga, | |
| Defendant | |

On December 11, 2025, defendant Joseph Mayorga was sentenced to 87 months incarceration per count, to run concurrently, following his plea of guilty to one count of Receipt of Child Pornography in violation of 18 U.S.C. §§ 2252A(a)(2) and 2252A(b)(1), and one count of Possession of Child Pornography in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2). *See* Mins. of proceedings, ECF No. 27; Plea agreement, ECF No. 5. At the conclusion of the sentencing hearing, the court took the government's request for mandatory restitution pursuant to 18 U.S.C. § 2259 under advisement because it had neither received nor reviewed the relevant restitution request before the hearing.

Having now received and reviewed the request, together with the fact that Mr. Mayorga does not object, the court grants the government's request for mandatory restitution in the amount of $3,000 for each identified victim, for a total amount of $15,000. No interest will accrue on this order of restitution, and it is hereby ordered made payable upon his release from custody.

So ordered.

Dated: December 19, 2025

_____
Cristina D. Silva
United States District Judge